```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE K05-0003--CV (JKS)
                  "NICHOLAS RADER V SUBARU OF AMERICA INC"

           Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 07/05/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (355) Motor vehicle - product liability

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 07/05/05 receipt # 00126104
          Trial by: Jury


Parties of Record:                              Counsel of Record:

PLF 1.1            RADER, NICHOLAS                  David W. Rosendin
                                                    Law Offices of David W. Rosendin
                                                    813 Water Street, Suite C
                                                    Ketchikan, AK 99901
                                                    907-225-8989

DEF 1.1            SUBARU OF AMERICA INC            John Knottnerus
                                                    Martin Bischoff et al
                                                    888 SW 5th Avenue, Suite 900
                                                    Portland, OR 97204
                                                    503-224-3113
                                                    FAX 503-224-9471
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE K05-0003--CV (JKS)
                         "NICHOLAS RADER V SUBARU OF AMERICA INC"

                                    For all filing dates


    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
             Filed: 07/05/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (355) Motor vehicle - product liability

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 07/05/05 receipt # 00126104
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/05/05 | DEF 1 Notice of Removal of state court action 1KE-05-00267 CI w/att exhs. |
| 2 - 1 | 07/05/05 | DEF 1 Notice of compliance w/28 U.S.C. §1446(d). |
| 3 - 1 | 07/08/05 | DEF 1 disclosure statement. |
| 4 - 1 | 07/08/05 | DEF 1 Answer to Complaint. |
| 5 - 1 | 07/08/05 | JKS Minute Order subsequent to removal that w/in 10 days petitioner to file copies of state court docs & svc list.  cc: cnsl |
| 6 - 1 | 07/15/05 | DEF 1 Notice of filing pleadings w/att exhs. |
| 7 - 1 | 07/15/05 | DEF 1 Notice of filing service list. |
| 8 - 1 | 07/15/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 9 - 1 | 08/18/05 | (STRICKEN per #14) DEF 1 motion for production of documents to plf. |
| 10 - 1 | 08/18/05 | (STRICKEN per #14) DEF 1 1st set of interrogatories to plf. |
| 11 - 1 | 08/18/05 | PLF 1; DEF 1 Scheduling and Planning Conference Report. |
| 12 - 1 | 08/22/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 09/15/06; Dispositive motions deadline 10/15/06; TBJ. cc: cnsl |
| 13 - 1 | 09/06/05 | DEF 1 Prel Witness List. |
| 14 - 1 | 09/29/05 | JKS Minute Order re doc #9 & #10 are stricken. cc: cnsl |