IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____
                                    )
NICHOLAS RADER,                     )     CASE NO. 5:05-cv-003 TMB
                                    )
           Plaintiff,               )     **ORDER**
                                    )
v.                                  )
                                    )
SUBARU OF AMERICA, INC.,            )
                                    )
           Defendant.               )
_____)

Defendant filed a Motion to Compel Plaintiff's Discovery Responses on January 19, 2006.  Docket 15.  In addition, Defendant seeks costs and attorney fees incurred in bringing this motion.  Id.  On January 23, 2006, this matter was transferred from Judge Singleton's docket to the undersigned.  Docket 16.  To date, no responsive pleading to the Motion to Compel has been filed.

In the interests of moving this case forward, a status conference has been set for 2:00 p.m. (Alaska time) on Tuesday, March 14, 2006.  The parties should be prepared to discuss the status of the pending Motion to Compel, as well as the request for costs and attorney fees associated with that motion.  Any party who wishes to participate telephonically should contact Patty Demeter at 677-6144 no later than 24 hours in advance of the hearing for further instructions.

Dated this the 7th day of March, 2006.

                                   /s/ Timothy  Burgess_____
                                   Timothy M. Burgess
                                   District Court Judge