Jonathan M. Hoffman, ASB #8902006
jhoffman@martinbischoff.com
Martin, Bischoff, Templeton,
   Langslet & Hoffman LLP
888 S.W. Fifth Avenue, Suite 900
Portland, OR 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Alaska Office
425 G Street, Suite 910
Anchorage, AK 99501
Telephone: (907) 276-1277

*Attorneys for Defendant Subaru of America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

NICHOLAS RADER,                           Case No. K05-0003-CV (TMB)

             Plaintiff,

      v.

                                          NOTICE OF ASSOCIATION OF COUNSEL

SUBARU OF AMERICA, INC.,

             Defendant.

TO:    Clerk of Court and Plaintiff's Counsel

       Defendant Subaru of America hereby gives notice that their counsel has associated

Jonathan M. Hoffman to act as counsel in the above-captioned matter.  All future notices,

/ / /

/ / /

/ / /

PAGE 1 – NOTICE OF ASSOCIATION OF COUNSEL

correspondence, and pleadings should also be sent to Jonathan M. Hoffman at the address listed

below.

> Jonathan M. Hoffman, ASB # 8902006
> Martin Bischoff Templeton Langslet & Hoffman LLP
> 900 Pioneer Tower, 888 SW Fifth Avenue
> Portland, OR 97204
> Telephone: (503) 224-3113
> Facsimile: (503) 224-9471
> jhoffman@martinbischoff.com

Dated this 14th day of March, 2006.


SUBMITTED BY:


MARTIN BISCHOFF TEMPLETON
LANGSLET & HOFFMAN LLP


Jonathan M. Hoffman, ASB #8902006


PAGE 2 – NOTICE OF ASSOCIATION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2006, I served the foregoing **NOTICE OF ASSOCIATION OF COUNSEL** on the following:

David W. Rosendin, PC
813 Water St., #C
Ketchikan, AK 99901

      Attorney for Plaintiff

    __xx__   by **mailing** a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last known address and deposited in the U.S. Mail at Portland, Oregon, on the date set forth above;

    ____   by causing a copy to be **hand delivered** to said attorneys at each attorney's last known office address on the date set forth above;

    __xx__   by **faxing** a copy thereof to each attorney at his last known facsimile number on the date set forth above; or,

    ____   by sending a copy thereof via **overnight delivery** in a sealed, prepaid envelope, addressed to each attorney's last known address on the date set forth above.

    DATED:   March 14 , 2006.

                MARTIN, BISCHOFF, TEMPLETON,
                LANGSLET & HOFFMAN, LLP

                By _____
                Jonathan M. Hoffman, ASB #8902006
                John W. Knottnerus, ASB #0003006
                (503) 224-3113 or (907) 276-1277
                (Anchorage)
                Attorneys for Defendant
                Subaru of America, Inc.