**David W. Rosendin**
813 Water Street #C
Ketchikan, Alaska 99901
Telephone: (907) 225-8989

*Attorney for Plaintiff*

RECEIVED
JUN 19 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Jonathan M. Hoffman, ASB # 8902006**
**jhoffman@martinbischoff.com**
**John W. Knottnerus, ASB # 0003006**
jknottnerus@martinbischoff.com
Martin, Bischoff, Templeton,
Langslet & Hoffman, LLP
888 S.W. 5th Avenue, Suite 900
Portland, Oregon 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

Alaska Office
425 G Street, Suite 910
Anchorage, AK 99501
Telephone: (907) 276-1277

*Attorneys for Defendant Subaru of America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS RADER,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br><br>Defendant. | Case No. K5:05-CV 0003(TMB)<br><br>**STIPULATION** |

It is stipulated between the parties hereto that the parties respectfully request the Court allow the parties additional time (two weeks) to file their status report while the parties continue to try to resolve their discovery issues.

IT IS SO STIPULATED.

DATED: June 15, 2006.

DATED: June 15 2006

DAVID W. ROSENDIN, P.C.
The Law Offices of David W. Rosendin

By: ____________________
David W. Rosendin, ASB #8211144
(907) 225-8989
Attorney for Plaintiff

DATED: 6/12/06

MARTIN, BISCHOFF, TEMPLETON, LANGSLET & HOFFMAN, LLP

By: ____________________
Jonathan M. Hoffman, ASB # 8902006
(503) 224-3113 or (907) 276-1277 (Anchorage)
Attorneys for Defendant
Subaru of America, Inc.