**David W. Rosendin**
813 Water Street #C
Ketchikan, Alaska 99901
Telephone: (907) 225-8989

*Attorney for Plaintiff*

**Jonathan M. Hoffman, ASB # 8902006**
jhoffman@martinbischoff.com
**John W. Knottnerus, ASB # 0003006**
jknottnerus@martinbischoff.com
Martin, Bischoff, Templeton,
  Langslet & Hoffman, LLP
888 S.W. 5th Avenue, Suite 900
Portland, Oregon 97204
Telephone: (503) 224-3113
Facsimile: (503) 224-9471

<u>Alaska Office</u>
425 G Street, Suite 910
Anchorage, AK 99501
Telephone: (907) 276-1277

*Attorneys for Defendant Subaru of America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NICHOLAS RADER, | Case No. K5:05-CV0003 (TMB) |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| SUBARU OF AMERICA, INC., | |
| Defendant. | |

The parties hereby report that the above-captioned matter has been settled. Settlement documents are being circulated and the parties hope and expect to finalize the paper work within 60 days.

DATED: June 26, 2006

DAVID W. ROSENDIN, P.C.
LAW OFFICES OF DAVID W. ROSENDIN

By: _____
David W. Rosendin, ASB #8211144
(907) 225-8989
Attorney for Plaintiff

DATED: June 27, 2006

MARTIN, BISCHOFF, TEMPLETON,
LANGSLET & HOFFMAN, LLP

By: _____
Jonathan M. Hoffman, ASB # 8902006
(503) 224-3113 or (907) 276-1277 (Anchorage)
Attorneys for Defendant
Subaru of America, Inc.